UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                    CR 08-145 MJD/FLN

        Plaintiff,

        v.                                                   O R D E R

01 - Tung Nguyen
08 - Christian Pham
09 - Tuan Dang,

        Defendants.
_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by

United States Magistrate Judge Franklin L. Noel dated August 11, 2008, all the files and

records, and no objections having been filed to said Report and Recommendation,

        **IT IS HEREBY ORDERED** that:

    1.  Defendant Tung Nguyen's motion to suppress statements [#238] is DENIED

       as moot;

    2.  Defendant Christian Pham's motions to suppress evidence [##177 & 179] are

       DENIED; and

    3.  Defendant Tuan Dang's motion to suppress evidence [#188] is DENIED.

DATED: August 29, 2008.                    s/Michael J. Davis
at Minneapolis, Minnesota              CHIEF JUDGE MICHAEL J. DAVIS
                         United States District Court